[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 24, 2005
THOMAS K. KAHN
CLERK

_____

No. 05-10346
Non-Argument Calendar
_____

D. C. Docket No. 04-00202-CR-T-26-MSS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN LEE STOVER, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(October 24, 2005)**

Before BIRCH, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

John Lee Stover, appeals his conviction under section 924(c) of Title 18 of

the United States Code for using or carrying a firearm during and in relation to a crime of violence. Stover argues, for the first time on appeal, that section 924(c) is unconstitutional because it exceeds the power of Congress under the Commerce Clause. Because we have previously held that section 924(c) was validly enacted under the commerce clause power, <u>see</u> <u>United States v. Ferreira</u>, 275 F.3d 1020, 1028 (11th Cir. 2001), and we have no authority to revisit that decision, <u>see</u> <u>Cargill v. Turpin</u>, 120 F.3d 1366, 1386 (11th Cir. 1997), we affirm.

**AFFIRMED.**